IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DEBRA WALLACE GLENN | § | |
| VS. | § | CIVIL ACTION NO. 1:22-cv-319 |
| WARDEN, FPC BRYAN | § | |

## MEMORANDUM OPINION AND ORDER REGARDING VENUE

Petitioner Debra Wallace Glenn, an inmate confined in the Federal Prison Camp at Bryan, Texas ("FCI-Bryan"), filed the above-styled Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

A Petition filed pursuant to Section 2241 must filed in the judicial district where the Petitioner is incarcerated. *United States v. Gabor*, 905 F.2d 76, 78 (5th Cir. 1990). FCI-Bryan is located in Brazos County, Texas. Pursuant to 28 U.S.C. § 124, Brazos County is in the Houston Division of the Southern District of Texas. As Petitioner is not confined within the Eastern District of Texas, this court lacks jurisdiction over her petition. Accordingly, this Petition will be transferred to the United States District Court for the Southern District of Texas.

## ORDER

For the reasons set forth above, it is **ORDERED** that this Petition for Writ of Habeas Corpus is **TRANSFERRED** to the Houston Division of the United States District Court for the Southern District of Texas.

**SIGNED this the 15th day of August, 2022.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE